UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MA LORENA SALGADO-ALVAREZ, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General, <br><br> Respondent. | No. 25-6644 <br><br> Agency No. A202-017-357 <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 2) to proceed in forma pauperis is granted.

The opening brief is now due February 6, 2026. The answering brief is due March 9, 2026. The optional reply brief is due within 21 days after service of the answering brief.