UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



|  |  |
|---|---|
| MA LORENA SALGADO-ALVAREZ, | No. 25-6644 |
| Petitioner, | Agency No. A202-017-357 |
| v. | ORDER |
| PAMELA BONDI, Attorney General, | |
| Respondent. | |

The motion (Docket Entry No. 9) to stay appellate proceedings is denied.

The opening brief is now due April 8, 2026. The answering brief is due May 8, 2026. The optional reply brief is due within 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT